IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, JOHN THOMAS GIACOMETTO, a/k/a Tom Giacometto, a resident of Montana,<br><br>      Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey Corporation, DENBURY INC., a Delaware Corporation Company, DENBERY ONSHORE, LLC, a Delaware Company, and DENBURY OPERATING COMPANY, a Delaware Corporation,<br><br>      Defendants. | CV 23-138-BLG-SPW-KLD<br><br>**ORDER** |

     Plaintiffs move for the admission of Derrick L. Braaten to practice before this Court in this case with Matthew J. Kelly to act as local counsel. Mr. Braaten's application appears to be in order.

     Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Derrick Braaten pro hac vice is GRANTED on the condition that Mr. Braaten shall do his own work. This means that Mr. Braaten must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Braaten may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Braaten.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Braaten, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 6th day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge